IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02106-AP

ANNETTE HOGARTH,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
NICHOLAS D. PURIFOY
5020 Bob Billings Pkwy
Lawrence, KS 66049
(785) 832-8521
npurifoy@midlandgroup.com

<u>For Defendant</u>:
TROY A. EID
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 10/08/07

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 10/22/07

    C.    **Date Answer and Administrative Record Were Filed:** 12/18/07

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** 02/13/08

    B.    **Defendant's Response Brief Due:** 03/19/08

    C.    **Plaintiff's Reply Brief (If Any) Due:** 04/02/08

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument not requested.

    B.    **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.     ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.     ( X ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>9th</u> day of <u>January</u>, 2008.

                                                                        BY THE COURT:

                                                                        <u>*S/John L. Kane*</u>
                                                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Nicholas D. Purifoy<br>NICHOLAS D. PURIFOY<br>5020 Bob Billings Pkwy<br>Lawrence, KS 66049<br>(785) 832-8521<br>npurifoy@midlandgroup.com<br><br>Attorney for Plaintiff | UNITED STATES ATTORNEY<br><br>TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Assistant United States Attorney<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>s/ Thomas H. Kraus<br>THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |